# UNITED STATES DISTRICT COURT
## for the
### Central District of California

**ORIGINAL**

| | |
|---|---|
| In the Matter of the Search of:<br>Information associated with account identified as xijun_wang@hotmail.com that is within the possession, custody, or control of Microsoft Corporation | Case No. 2:18-mj-00382 |

## WARRANT PURSUANT TO 18 U.S.C. § 2703

To: Any Authorized Law Enforcement Officer

An application by a federal law enforcement officer requests the production and search of the following data:

*See Attachment A*

The data to be produced and searched, described above, are believed to contain the following:

*See Attachment B*

I find that the affidavit, or any recorded testimony, establishes probable cause to produce and search the data described in Attachment A, and to seize the data described in Attachment B. Such affidavit is incorporated herein by reference.

**AUTHORIZED LAW ENFORCEMENT OFFICER/S IS/ARE HEREBY COMMANDED** to serve this warrant on Microsoft Corporation in the daytime, between the hours of 6:00 a.m. and 10:00 p.m., within 14 days from the date of its issuance.

**Microsoft Corporation IS HEREBY COMMANDED** to produce the information described in Attachment A within 10 calendar days of the date of service of this order. **Microsoft Corporation IS FURTHER COMMANDED** to comply with the further orders set forth in Attachment B, and, pursuant to 18 U.S.C. § 2705(b), shall not notify any person, including the subscriber(s) of the account/s identified in Attachment A, of the existence of this warrant.

The officer executing this warrant, or an officer present during the execution, shall prepare an inventory as required by law, and shall promptly return this warrant and the inventory to the United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.

**AUTHORIZED LAW ENFORCEMENT OFFICER/S IS/ARE FURTHER COMMANDED** to perform the search of the data provided by Microsoft Corporation pursuant to the procedures set forth in Attachment B.

Date and time issued: 2/22/18 2:54 pm

City and State: LA CA

Judge's signature

Honorable Suzanne Segal, U.S. Magistrate Judge
*Printed name and title*

AUSA: J. Corbet

| | |
|---|---|
| | **Return** |
| Case No: 2:18-mj-00382 | Date and time warrant served on provider: 2/22/18  3:35 PM |
| Inventory made in the presence of: SA Rochelle Cor Choy | |
| Inventory of data seized: [Please provide a description of the information produced.] | |

- EMAIL CONTENTS OF XIJUNWANG@HOTMAIL.COM DATING BACK APPROXIMATELY 1 YEAR
- CALENDARS ASSOCIATED WITH EMAIL ACCOUNT
- CONTACTS ASSOCIATED WITH EMAIL ACCOUNT

**Certification**

I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 5/18/18

Executing officer's signature

ALEX PARUSTAFE, SPECIAL AGENT
Printed name and title